■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS ASKEW, Defendant, and CLEVELAND KIMBROUGH, Appellant.— Same decision as in companion case of *People* v. *Askew* (15 A D 2d 727). (Appeal from judgment of Erie County Court convicting defendant Kimbrough of the crime of robbery, first degree.)  Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.